```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

LAUREL BEELER (CSBN 187656)
TIMOTHY J. LUCEY (CSBN 172332)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6765
    FAX:       (415) 426-7234
    Email:     laurel.beeler@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAISY CRUZ,<br><br>　　　　Defendant. | No. CR 06 090 MHP<br><br>NOTICE OF DISMISSAL<br><br>(San Francisco Venue) |

　　　With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses without prejudice the indictment as to Daisy Cruz charging conspiracy to commit health care fraud and health care fraud in violation of 18 U.S.C. § 1349 and 1347. The United States also asks that the warrant in the case be withdrawn.

DATED: 7-31-08

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

BRIAN J. STRETCH
Chief, Criminal Division

NOTICE OF DISMISSAL (CR 06 090 MHP )

1 | Leave is granted to the government to dismiss the indictment as to Daisy Cruz. The warrant
2 | shall be withdrawn.
3 | Date: 1/5/2009



MARILYN HALL PATEL
United States District Judge

NOTICE OF DISMISSAL (CR 06 090 MHP)   2